PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN E. NECHVATAL, | ) | |
| | ) | CASE NO. 1:15CV2450 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 11] |

An Administrative Law Judge ("ALJ") denied Plaintiff Karen E. Nechvetal's application for Disability Insurance Benefits after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Kenneth S. McHargh for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).

Pending is Defendant's Motion to Remand (ECF No. 11) pursuant to sentence six of

(1:15CV2450)

section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).[1]  "Plaintiff's attorney had no objections to the filing of this Motion."  ECF No. 11 at PageID #: 56.  For good cause shown, the motion is granted.  See Hollon ex rel. Hollon v. Comm'r of Soc. Sec., 447 F.3d 477, 485-86 (6th Cir. 2006) (noting without disapproval that district court "had ordered a remand under sentence six of § 405(g) to allow the Commissioner to either locate or reconstruct the lost administrative record").

    IT IS SO ORDERED.

| | |
|---|---|
| May 5, 2016 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson<br>United States District Judge |

---

[1] Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), provides in pertinent part:
> . . . The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .